IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                                      )
      v.                        )    Criminal No. 09-339
                                      )
JAY GREGORY MATHIS          )

## O R D E R

AND NOW, this 12th day of March, 2013, upon consideration of the Motion to Dismiss Indictment, IT IS HEREBY ORDERED that said motion is GRANTED and the original Indictment filed at 09-339 is hereby dismissed.

                                             s/Gary L. Lancaster
                                           _____,C.J.
                                           Hon. Gary L. Lancaster,
                                           Chief U.S. District Court Judge

cc:  All Counsel
     U.S. Marshal
     U.S. Probation